IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID J. ADAMS,

    Plaintiff,

v.                                            Civil Action No. 3:11cv272

OBJECT INNOVATION, INC.
d/b/a BRIDGEGATE INTERNATIONAL,
a Florida corporation,

    Defendant.

**ORDER**

By Order entered herein on October 4, 2011, the defendant's MOTION TO VACATE DEFAULT JUDGMENT AND FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS (Docket Nos. 10 and 11), MOTION FOR ENTRY OF DEFAULT JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT AND/OR MOTION TO AMEND (Docket No. 21) and PLAINTIFF'S MOTION TO SEAL (Docket No. 22) were referred to Magistrate Judge Dennis W. Dohnal for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 27) entered herein on December 5, 2011, the plaintiff's objections thereto (Docket No. 28), the defendant's response to plaintiff's objections (Docket No. 29) and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

    (1)    The plaintiff's objections are overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) The defendant's MOTION TO VACATE DEFAULT JUDGMENT AND FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS (Docket Nos. 10 and 11) are granted and the defendant is directed to file its Answer forthwith if not already filed;

(4) The plaintiff's MOTION FOR ENTRY OF DEFAULT JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT AND/OR MOTION TO AMEND (Docket No. 21) is denied;

(5) The PLAINTIFF'S MOTION TO SEAL (Docket No. 22) is granted; and

(6) The Initial Pretrial Conference in this action is scheduled for 10:45 a.m. February 15, 2012.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 13, 2012